

# Notice of Service of Process

null / ALL
**Transmittal Number:** 22361591
**Date Processed:** 11/30/2020

| | |
|---|---|
| **Primary Contact:** | Gene Funk<br>Cowan Systems, LLC<br>4555 Hollins Ferry Rd<br>Baltimore, MD 21227-4610 |
| **Electronic copy provided to:** | Christine Morris |
| **Entity:** | Cowan Equipment Leasing, LLC<br>Entity ID Number  2938512 |
| **Entity Served:** | Cowan Equipment Leasing, LLC |
| **Title of Action:** | Volodymyr Lohmotov vs. Alan Blais |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Middlesex County Superior Court, MA |
| **Case/Reference No:** | 2081CV2445 |
| **Jurisdiction Served:** | Maryland |
| **Date Served on CSC:** | 11/25/2020 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Matthew J. Holmes<br>508-795-1601 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

# Commonwealth of Massachusetts

MIDDLESEX, SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. 2081CV2445

VOLODYMYR LOHMOTOV _____, PLAINTIFF(S),

V.

LAN BLAIS AND COWAN EQUIPMENT LEASING, LLC
_____, DEFENDANT(S)

## SUMMONS

THIS SUMMONS IS DIRECTED TO COWAN EQUIPMENT LEASING, LLC (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the MIDDLESEX SUPERIOR Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.** To respond to this lawsuit, you must file a written response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

   a. Filing your **signed original** response with the Clerk's Office for Civil Business, MIDDLESEX Court, 200 TRADE CENTER, WOBURN, MA 01801 (address), by mail or in person, **AND**

   b. Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: RICHARD J. RAFFERTY, 238 SHREWSBURY ST., WORCESTER, MA 01604  EDEN RAFFERTY

3. **What to include in your response.** An **"Answer"** is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov.courts/case-legal-res/rules of court.

4. **Legal Assistance.** You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5. **Required information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Judith Fabricant, Chief Justice on _____, 20 ___ .

Michael A. Sullivan
Clerk-Magistrate

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____, 20 ___ , I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4(d)(1-5)):

_____
_____
_____

Dated: _____, 20 ___         Signature: _____

**N.B.   TO PROCESS SERVER:**

**PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.**

, 20___

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                                    MIDDLESEX SUPERIOR COURT
                                                  CIVIL ACTION NO.: 2081cv2445
VOLODYMYR LOHMOTOV
    Plaintiff

v.                                                PLAINTIFF'S COMPLAINT AND JURY
                                                  TRIAL DEMAND
ALAN BLAIS and
COWAN EQUIPMENT LEASING, LLC
    Defendants

## PARTIES

1. The plaintiff, Volodymyr Lohmotov, is an individual residing at 12304 Moran Street, Hamtramck, MI 48212.

2. The defendant, Alan Blais, is an individual residing at 140 Bailey Street, Woonsocket, RI 02895.

3. The Defendant Cowan Equipment Leasing, LLC is a foreign corporation with a principal place of business located at 4555 Hollins Ferry Road, Baltimore, MD 21227.

## FACTS

4. The Plaintiff repeats and realleges the preceding paragraphs as if expressly set forth fully hereinafter.

5. On or about January 22, 2018, the plaintiff was parked in the Framingham Service Plaza, I-90 Westbound, in the tractor trailer parking area, sleeping in the sleeping cabin of his tractor trailer, when the defendant Alan Blais, operating a motor vehicle belonging to the defendant Cowan Equipment Leasing, LLC, crashed into plaintiff's vehicle and another nearby vehicle.

6. On or about January 22, 2018, the defendant, Alan Blais, failed to use care and caution when he failed to stop his vehicle prior to striking two parked vehicles.

7. As a result of the accident the plaintiff, was seriously injured.

8. Pursuant to M.G.L. c. 223A § 3(c) jurisdiction is proper because this accident occurred in Middlesex County.

COUNT I – NEGLIGENCE
(Volodymyr Lohmotov v. Alan Blais)

9. The Plaintiff repeats and realleges the preceding paragraphs as if expressly set forth fully hereinafter.

10. On January 22, 2018, the defendant, Alan Blais, so carelessly and negligently operated a motor vehicle causing it to collide with the parked vehicle with the plaintiff inside.

11. As a direct and proximate result of the negligence of the defendant, Alan Blais, the plaintiff, was greatly injured, suffered conscious pain and suffering of body and mind, and was restricted in her vocational and avocational activities.

WHEREFORE, the plaintiff, Volodymyr Lohmotov demands judgment against the defendant, Alan Blais, plus costs and interest.

COUNT II – NEGLIGENT ENTRUSTMENT
(Volodymyr Lohmotov v. Cowan Equipment Leasing, LLC)

12. The Plaintiff repeats and realleges the preceding paragraphs as if expressly set forth fully hereinafter.

13. The defendant, Cowan Equipment Leasing, LLC, is responsible for the actions of the operators of its motor vehicle.

14. On or about January 22, 2018, the defendant, Cowan Equipment Leasing, LLC, gave the defendant, Alan Blais, permission to operate its motor vehicle.

15. On or about January 22, 2018, the defendant, Cowan Equipment Leasing, LLC, owed a duty to the plaintiff, Volodymyr Lohmotov, to ensure that the operator of their vehicle exercised proper operation of his motor vehicle, and failed to do so as the defendant, Alan Blais, negligently operated his motor vehicle causing it to collide with parked vehicle with the plaintiff inside.

16. As a direct and proximate result of the negligence of the defendant, Cowan Equipment Leasing, LLC, the plaintiff, Volodymyr Lohmotov, suffered personal injuries requiring medical attention, great pain of the body and main, and has been restricted in his vocational and avocational activities.

WHEREFORE , the plaintiff, Volodymyr Lohmotov demands judgment against the defendant, Cowan Equipment Leasing, LLC, plus costs and interest.

## COUNT III – NEGLIGENCE
(Volodymyr Lohmotov v. Cowan Equipment Leasing, LLC)

17. The Plaintiff repeats and realleges the preceding paragraphs as if expressly set forth fully hereinafter.
18. The defendant, Cowan Equipment Leasing, LLC, is responsible for the actions of the operators of its vehicle.
19. On January 22, 2018, the defendant, Cowan Equipment Leasing, LLC, owed a duty to the plaintiff, Volodymyr Lohmotov, to properly train, guard against, and warn of the existence of the dangerous condition, which was created by the operator of its vehicle, Alan Blais, relative to his negligent operation.

20. As a direct and proximate result of the negligence of the defendant, Cowan Equipment Leasing, LLC, the plaintiff, Volodymyr Lohmotov, suffered serious injuries requiring medical attention, great pain of the body and mind, and has been restricted in his vocational and avocational activities.

WHEREFORE , the plaintiff, Volodymyr Lohmotov demands judgment against the defendant, Cowan Equipment Leasing, LLC, plus costs and interest.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

Volodymyr Lohmotov
By His Attorneys,

/s/ Matthew J. Holmes
Richard J. Rafferty, Esquire, BBO #551944
Matthew J. Holmes, Esquire, BBO#675994
Eden Rafferty
238 Shrewsbury Street
Worcester, MA 01604
(508) 795-1601

Dated: October 8, 2020

| | |
|---|---|
| **CIVIL ACTION COVER SHEET** | **Trial Court of Massachusetts** <br> **The Superior Court** |
| DOCKET NUMBER | COUNTY: Middlesex |

**PLAINTIFF(S):** VOLODYMYR LOHMOTOV
**ADDRESS:** 12304 Moran Street, Hamtramck, MI 48212

**DEFENDANT(S):** ALAN BLAIS and COWAN EQUIPMENT LEASING, LLC

**ATTORNEY:** Matthew J. Holmes
**ADDRESS:** Eden Rafferty, 238 Shrewsbury Street, Worcester, MA 01604

**ADDRESS:**
A. Blais - 140 Bailey Street, Woonsocket, RI 02895
Cowan - 4555 Hollins Ferry Road, Baltimore, MD 21227

**BBO:** 675994

**TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B03 | Motor Vehicle Tort | F | [X] YES  [ ] NO |

*If "Other" please describe:

Is there a claim under G.L. c. 93A? [ ] YES  [X] NO
Is this a class action under Mass. R. Civ. P. 23? [ ] YES  [X] NO

**STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A**

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ................................................................ $tbd
2. Total doctor expenses .................................................................. $tbd
3. Total chiropractic expenses ......................................................... $tbd
4. Total physical therapy expenses ................................................. $tbd
5. Total other expenses (describe below) ...................................... $tbd
   Subtotal (A): $50,000
B. Documented lost wages and compensation to date ................. $100,000
C. Documented property damages to date .................................... $
D. Reasonably anticipated future medical and hospital expenses ... $
E. Reasonably anticipated lost wages ............................................ $100,000
F. Other documented items of damages (describe below) ........... $

G. Briefly describe plaintiff's injury, including the nature and extent of injury:
Neck, back, left ankle, concussion/post concussion syndrome

**TOTAL (A-F):** $250,000

**CONTRACT CLAIMS**
(attach additional sheets as necessary)
[ ] This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).
Provide a detailed description of claim(s):
**TOTAL:** $

Signature of Attorney/ Unrepresented Plaintiff: X *Matthew J. Holmes*   Date: Oct 8, 2020

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

**CERTIFICATION PURSUANT TO SJC RULE 1:18**
I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X *Matthew J. Holmes*   Date: Oct 8, 2020

# CIVIL ACTION COVER SHEET INSTRUCTIONS
## SELECT CATEGORY THAT BEST DESCRIBES YOUR CASE

### AC Actions Involving the State/Municipality *

AA1 Contract Action involving Commonwealth, Municipality, MBTA, etc. (A)
AB1 Tortious Action involving Commonwealth, Municipality, MBTA, etc. (A)
AC1 Real Property Action involving Commonwealth, Municipality, MBTA etc. (A)
AD1 Equity Action involving Commonwealth, Municipality, MBTA, etc. (A)
AE1 Administrative Action involving Commonwealth, Municipality, MBTA,etc. (A)

### CN Contract/Business Cases

A01 Services, Labor, and Materials (F)
A02 Goods Sold and Delivered (F)
A03 Commercial Paper (F)
A04 Employment Contract (F)
A05 Consumer Revolving Credit - M.R.C.P. 8.1 (F)
A06 Insurance Contract (F)
A08 Sale or Lease of Real Estate (F)
A12 Construction Dispute (A)
A14 Interpleader (F)
BA1 Governance, Conduct, Internal Affairs of Entities (A)
BA3 Liability of Shareholders, Directors, Officers, Partners, etc. (A)
BB1 Shareholder Derivative (A)
BB2 Securities Transactions (A)
BC1 Mergers, Consolidations, Sales of Assets, Issuance of Debt, Equity, etc. (A)
BD1 Intellectual Property (A)
BD2 Proprietary Information or Trade Secrets (A)
BG1 Financial Institutions/Funds (A)
BH1 Violation of Antitrust or Trade Regulation Laws (A)
A99 Other Contract/Business Action - Specify (F)

\* Choose this case type if ANY party is the Commonwealth, a municipality, the MBTA, or any other governmental entity UNLESS your case is a case type listed under Administrative Civil Actions (AA).

† Choose this case type if ANY party is an incarcerated party, UNLESS your case is a case type listed under Administrative Civil Actions (AA) or is a Prisoner Habeas Corpus case (E97).

### ER Equitable Remedies

D01 Specific Performance of a Contract (A)
D02 Reach and Apply (F)
D03 Injunction (F)
D04 Reform/ Cancel Instrument (F)
D05 Equitable Replevin (F)
D06 Contribution or Indemnification (F)
D07 Imposition of a Trust (A)
D08 Minority Shareholder's Suit (A)
D09 Interference in Contractual Relationship (F)
D10 Accounting (A)
D11 Enforcement of Restrictive Covenant (F)
D12 Dissolution of a Partnership (F)
D13 Declaratory Judgment, G.L. c. 231A (A)
D14 Dissolution of a Corporation (F)
D99 Other Equity Action (F)

### PA Civil Actions Involving Incarcerated Party †

PA1 Contract Action involving an Incarcerated Party (A)
PB1 Tortious Action involving an Incarcerated Party (A)
PC1 Real Property Action involving an Incarcerated Party (F)
PD1 Equity Action involving an Incarcerated Party (F)
PE1 Administrative Action involving an Incarcerated Party (F)

### TR Torts

B03 Motor Vehicle Negligence - Personal Injury/Property Damage (F)
B04 Other Negligence - Personal Injury/Property Damage (F)
B05 Products Liability (A)
B06 Malpractice - Medical (A)
B07 Malpractice - Other (A)
B08 Wrongful Death - Non-medical (A)
B15 Defamation (A)
B19 Asbestos (A)
B20 Personal Injury - Slip & Fall (F)
B21 Environmental (F)
B22 Employment Discrimination (F)
BE1 Fraud, Business Torts, etc. (A)
B99 Other Tortious Action (F)

### RP Summary Process (Real Property)

S01 Summary Process - Residential (X)
S02 Summary Process - Commercial/ Non-residential (F)

### RP Real Property

C01 Land Taking (F)
C02 Zoning Appeal, G.L. c. 40A (F)
C03 Dispute Concerning Title (F)
C04 Foreclosure of a Mortgage (X)
C05 Condominium Lien & Charges (X)
C99 Other Real Property Action (F)

### MC Miscellaneous Civil Actions

E18 Foreign Discovery Proceeding (X)
E97 Prisoner Habeas Corpus (X)
E22 Lottery Assignment, G.L. c. 10, § 28 (X)

### AB Abuse/Harassment Prevention

E15 Abuse Prevention Petition, G.L. c. 209A (X)
E21 Protection from Harassment, G.L. c. 258E (X)

### AA Administrative Civil Actions

E02 Appeal from Administrative Agency, G.L. c. 30A (X)
E03 Certiorari Action, G.L. c. 249, § 4 (X)
E05 Confirmation of Arbitration Awards (X)
E06 Mass Antitrust Act, G.L. c. 93, § 9 (A)
E07 Mass Antitrust Act, G.L. c. 93, § 8 (X)
E08 Appointment of a Receiver (X)
E09 Construction Surety Bond, G.L. c. 149, §§ 29, 29A (A)
E10 Summary Process Appeal (X)
E11 Worker's Compensation (X)
E16 Auto Surcharge Appeal (X)
E17 Civil Rights Act, G.L. c.12, § 11H (A)
E24 Appeal from District Court Commitment, G.L. c.123, § 9(b) (X)
E25 Pleural Registry (Asbestos cases)
E94 Forfeiture, G.L. c. 265, § 56 (X)
E95 Forfeiture, G.L. c. 94C, § 47 (F)
E99 Other Administrative Action (X)
Z01 Medical Malpractice - Tribunal only, G.L. c. 231, § 60B (F)
Z02 Appeal Bond Denial (X)

### SO Sex Offender Review

E12 SDP Commitment, G.L. c. 123A, § 12 (X)
E14 SDP Petition, G.L. c. 123A, § 9(b) (X)

### RC Restricted Civil Actions

E19 Sex Offender Registry, G.L. c. 6, § 178M (X)
E27 Minor Seeking Consent, G.L. c.112, § 12S (X)

**TRANSFER YOUR SELECTION TO THE FACE SHEET**

**EXAMPLE:**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence-Personal Injury | F | ☒ YES  ☐ NO |

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

**DUTY OF THE PLAINTIFF** - The plaintiff shall set forth, on the face of the civil action cover sheet (or attach additional sheets as necessary), a statement specifying the facts on which the plaintiff relies to determine money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served with the complaint. **A clerk-magistrate shall not accept for filing a complaint, except as otherwise provided by law, unless it is accompanied by such a statement signed by the attorney or self-represented litigant.**

**DUTY OF THE DEFENDANT** - If the defendant believes that the statement of damages filed by the plaintiff is inadequate, the defendant may file with his/her answer a statement specifying the potential damages which may result if the plaintiff prevails.

**A CIVIL COVER SHEET MUST BE FILED WITH EACH COMPLAINT.
FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY
MAY RESULT IN DISMISSAL OF THIS ACTION.**

# COWAN EQUIPMENT LEASING, LLC: W05755095

> ⚠ **Notice** 
>
> **Scheduled Maintenance**
>
> Due to routine maintenance, the following services will be **unavailable on November 24th between 9pm and 12 midnight EST**:
>
> 1. Business **Entity Search** & Document Order
> 2. **Annual Report/Personal Property** Tax Filings
> 3. **Any amendment to an exisiting business** such as Articles of Cancellation for a Maryland LLC, Resolution to Change Principal Office/Resident Agent, Reinstatements, Revivals , etc.
> 4. Articles of Incorporation for a **Religious** Corporation
>
> You may still Register a Business and/or Trade Name using the online system.  Thank you.

**Department ID Number:**
W05755095

**Business Name:**
COWAN EQUIPMENT LEASING, LLC

**Principal Office:**
4555 HOLLINS FERRY ROAD
BALTIMORE MD 21227

**Resident Agent:**
CSC-LAWYERS INCORPORATING SERVICE COMPAN
7 ST. PAUL STREET
SUITE 820
BALTIMORE MD 21202

**Status:**
ACTIVE

**Good Standing:**
THIS BUSINESS IS IN GOOD STANDING

**Business Type:**
DOMESTIC LLC

**Business Code:**
20 ENTITIES OTHER THAN CORPORATIONS

**Date of Formation/ Registration:**
04/12/2000

**State of Formation:**
MD